# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | |
|---|---|
| **ROBERT COURVILLE** | **CIVIL ACTION NO. 2:18-00256** |
| **VERSUS** | **UNASSIGNED DUTY JUDGE** |
| **ETHICON US, LLC, ET AL.** | **MAG. JUDGE KATHLEEN KAY** |

# JUDGMENT

Having conducted a *de novo* review of the record and for the reasons stated by the Magistrate Judge in her Report and Recommendation, which is adopted by this Court, and for those additional reasons set forth in this Court's Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Robert Courville's Motion to Remand [Doc. No. 7] is **DENIED**, and his claims against Defendant Christus Health Southwestern Louisiana are **DISMISSED WITHOUT PREJUDICE**. The case remains pending in this Court.

**MONROE, LOUISIANA,** this 27th day of September, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE